**United States District Court**
For the Northern District of California

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                        NORTHERN DISTRICT OF CALIFORNIA

7

8    FRITZ WUTHRICH,                           No. C-14-0871 EMC

9                  Appellant,

10         v.                                  **ORDER DISCHARGING ORDER TO
                                               SHOW CAUSE**
11   AMER SPORTS WINTER & OUTDOOR
     COMPANY,                                  **(Docket No. 16)**
12
                   Appellee.
13   _____/

14

15

16         Previously, the Court ordered Appellant's attorney, Ruth Elin Auerbach, to show cause as to

17   why she should not be sanctioned for her failure to timely file the opening brief in this matter.  The

18   Court forewarned Ms. Auerbach that sanctions could include Ms. Auerbach having to pay personally

19   the attorney's fees incurred by Appellee in filing its application for an order dismissing the appeal

20   (based on the failure to timely file the opening brief).  *See* Docket No. 16, at 1-2 (order to show

21   cause).

22         Ms. Auerbach has now filed her response to the order to show cause.  She states that the

23   untimely filing was solely her fault, and not her client's, and that she is prepared to reimburse

24   Appellee its attorney's fees.  *See* Docket No. 18 (Auerbach Decl. ¶ 3).

25   ///

26   ///

27   ///

28   ///

Accordingly, the Court hereby **DISCHARGES** the order to show cause and orders Ms. Auerbach to personally pay the attorney's fees incurred by Appellee in filing its application for an order dismissing the appeal.  Such payment shall be made within two weeks of the date of this order.

IT IS SO ORDERED.

Dated:  February 5, 2015

_____
EDWARD M. CHEN
United States District Judge

**United States District Court**
For the Northern District of California

2